UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARQUIS BRANDON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00489 |
| | ) | (Crim. No. 3:15-cr-00088-3) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Marquis Brandon's Motion and Amended Motion to Vacate, Set Aside, or Correct Sentence in accordance with 28 U.S.C. § 2255 (Doc. Nos. 1, 22) are hereby **DENIED**. A certificate of appealability will not issue.

The Clerk of the Court shall enter a final judgment and close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE